USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  _7/10/2024_____

UNITED STATES DISTRICT COURT
**SOUTHERN DISTRICT OF NEW YORK**

**ASH GROUP OF FLORIDA INC.**, *et al.*,

               **Plaintiffs,**

-against-

**FLORA GROWTH CORP**, *et al.*,

               **Defendant.**

**24-CV-03300**

**Order**

**ANDREW L. CARTER, JR., United States District Judge:**

In follow-up from the Court's telephonic conference held on July 3, 2024, the Court sets the following deadlines:

- **July 17, 2024:** Parties to file a Joint Status Report to the Court.

**SO ORDERED.**

**Dated: July 10, 2024**
      **New York, New York**

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**