USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/5/2024

UNITED STATES DISTRICT COURT
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ASH GROUP OF FLORIDA INC.**, *et al.*,<br><br>Plaintiffs,<br><br>-against-<br><br>**FLORA GROWTH CORP**, *et al.*,<br><br>Defendants. | 24-CV-03300<br><br>**<u>AMENDED ORDER</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Defendants' pre-motion conference letter related to their anticipated motion to dismiss as well as Plaintiffs' response thereto. ECF Nos. 27-28. Defendants' request for a pre-motion conference is **DENIED**. Defendants are hereby **GRANTED** leave to file their anticipated motion. The Parties are directed to adhere to the following briefing schedule:

| | |
|---|---|
| **Opening Briefs:** | August 26, 2024 |
| **Oppositions:** | September 9, 2024 |
| **Replies:** | September 16, 2024 |

If the parties wish to propose an alternative briefing schedule, they may do so by filing a Joint Letter on or before **August 8, 2024**.

**SO ORDERED.**
Dated: August 5, 2024
       New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**